# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

DEBORAH LAUFER,

    Plaintiff,

v.

BUENA MOTEL CORP,

    Defendant.

No. 1:20-cv-06438-NLH-KMW

**ORDER**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 6th day of July, 2021

ORDERED that Plaintiff Deborah Laufer's Motion for Default Judgment [ECF No. 7] be, and the same hereby is, DENIED; and it is further

ORDERED that Plaintiff may file an Amended Complaint within thirty (30) days to cure the deficiencies outlined in the Court's Opinion and demonstrating standing to bring the present action. If standing is not shown within that time, Plaintiff's Complaint will be dismissed.

At Camden, New Jersey

/s Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.